**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 38 WM 2014

Respondent :

v. :

JAMES SCARBROUGH, :

Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.